**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**May 18, 2005**

**Charles R. Fulbruge III**
**Clerk**

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-30921

_____

In Re:  LOUIS J. PROVENZA;
NORTHSHORE NEUROLOGICAL SURGERY ASSOCIATION,

Debtors.

LOUIS J. PROVENZA,

Appellant,

versus

LOUANNE FRIEND,

Appellee.

_____

Appeal from the United States District Court
For the Eastern District of Louisiana
No. 2:03-CV-2908-F

_____

Before JOLLY, JONES and DeMOSS, Circuit Judges.

PER CURIAM:[*]

The court has carefully considered this case in light of

the briefs, oral arguments, and pertinent portions of the record.

Having done so, we find no reversible error of fact or law.  The

judgment of the district court is **AFFIRMED** for essentially the

reasons stated by the bankruptcy court, as affirmed by the district

court.  See 5th Circuit Loc. Rule 47.6.

_____

[*]     Pursuant to 5TH CIR. R. 47.5, the court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.